**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF INDIANA**
**FORT WAYNE DIVISION**

| | |
|---|---|
| IN THE MATTER OF: ) | |
| ) | |
| REX A. MCCRANER, ) | CASE NO. 09-10156 |
| LYNDA L. MCCRANER, ) | Chapter 7 |
| ) | |
| DEBTOR(S). | |

## NOTICE OF SMALL DIVIDENDS

Martin E. Seifert, Trustee of the estate of the above-named Debtor(s), now files this Notice of Small Dividends pursuant to FRBP 3010 and 3011. The Trustee has filed his Final Report and Distribution Summary and no objections having been filed to same, the Trustee has disbursed funds as proposed. Trustee notes that the following creditor(s) are to receive dividends of less than $5.00:

| **CREDITOR** | **ADDRESS** | **DIVIDEND** |
|---|---|---|
| The Collection Company | 202 W. Van Buren, Suite E<br>P.O. Box 206<br>Columbia City, IN 46725 | $1.19 |
| Merchants Retail Credit<br>  Association, Inc. Or<br>Medical & Dental Business<br>Bureau of Allen Co., Inc. | P.O. Box 11285<br>333 E. Washington Blvd.<br>Fort Wayne, IN 46857 | $3.98 |
| Allen Collections | 6710 Old Trail Road<br>Fort Wayne, IN 46809 | $1.37 |
| | Total | $6.54 |

- 2 -

**WHEREFORE**, Trustee is depositing the total sum of $6.54 with the Clerk of the U.S. Bankruptcy Court, representing small dividends in the above-referenced bankruptcy case.

**Dated: January 7, 2011**

                                        **Respectfully submitted,**

                                        **CHAPTER 7 TRUSTEE**
                                        **444 EAST MAIN STREET**
                                        **FORT WAYNE, INDIANA 46802**
                                        **TELEPHONE: (260) 426-0444**
                                        **FAX: (260) 422-0274**
                                        **EMAIL: mseifert@hallercolvin.com**

                                        **BY: /s/ Martin E. Seifert**
                                              **MARTIN E. SEIFERT**
                                              **I.D. #16857-02**

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and exact copy of the above and foregoing Notice of Small Dividends has been sent electronically by the Court's electronic filing service or by first class United States mail, postage prepaid, this 7th day of January, 2011, to:

Jeffrey S. Arnold, Esq.
209 W. Van Buren St.
Columbia City, IN 46725

United States Trustee
555 One Michiana Square
100 East Wayne Street
South Bend, Indiana 46601

The Collection Company
202 W. Van Buren, Suite E
P.O. Box 206
Columbia City, IN 46725

Merchants Retail Credit Association, Inc. or
Medical & Dental Business Bureau
 of Allen Co., Inc.
P.O. Box 11285
333 E. Washington Blvd.
Fort Wayne, IN 46857

Allen Collections
6710 Old Trail Road
Fort Wayne, IN 46809

   /s/ Martin E. Seifert
**MARTIN E. SEIFERT**